**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Orlando CEBALLOS, a.k.a. Pepe, Defendant–Appellant.**

**No. 08–11035**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 9, 2009.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Bruce G. Howie, Bruce G. Howie, P. A., Clearwater, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Bruce G. Howie, appointed counsel for Orlando Ceballos in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANT-**

**ED,** and Ceballos's conviction and sentence are **AFFIRMED.**